UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVON R. KIRKLAND,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DIAZ,<br><br>　　　　　Respondents. | No.  2:21-cv-02018 DB P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner, is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner has filed a motion to proceed in forma pauperis. (ECF No. 2.)  Petitioner's prison trust fund account statement shows that, at the time of filing this motion, petitioner had approximately $6570.80 in his prison trust account.  (ECF No. 5.)  The account statement also shows that petitioner has maintained an account balance of several thousand dollars and that petitioner has no outstanding obligations or restitution.  (Id.)

　　　　Pursuant to federal statute, a filing fee of $5.00 is required to commence a habeas corpus action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).

////

1

1 The value in petitioner's trust account shows that petitioner is able to pay the filing fee
2 and costs. Thus, petitioner has made an inadequate showing of indigency. See Alexander v.
3 Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993). Petitioner will therefore be granted twenty
4 days in which to submit the appropriate filing fee to the Clerk of the Court. Petitioner is
5 cautioned that failure to pay the fee will result in a recommendation that the application to
6 proceed in forma pauperis be denied and the instant action be dismissed without prejudice.
7 Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date of this
8 order, petitioner shall submit the appropriate filing fee.
9 Dated: May 24, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Habeas/R/kirk2018.101c