UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVON R. KIRKLAND,<br><br>          Petitioner,<br><br>     v.<br><br>DIAZ, et al.,<br><br>          Respondents. | No.  2:21-cv-02018 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under § 2254.  Petitioner has not paid the filing fee for the present action or been given leave by the court to proceed in forma pauperis.

     By an order filed May 25, 2022, the court denied petitioner's request to proceed in forma pauperis, finding that, based on the affidavit, petitioner was able to pay the filing fee.  (ECF No. 8.)  Petitioner was ordered to pay the filing fee for the present action within twenty-one days.  (Id. at 2.)  Petitioner was cautioned that failure to do so would result in a recommendation that this action be dismissed.  (Id.)  The twenty-one day period has now expired, and petitioner has not paid the filing fee, requested an extension of time to do so, or otherwise responded to the court's order.

     Accordingly, it will be recommended that this action be dismissed for failure to pay the filing fee and failure to comply with court orders.

1    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is
2 directed to assign a district judge to this case; and

3    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See
4 Local Rule 110; Fed. R. Civ. P. 41(b).

5    These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7 after being served with these findings and recommendations, petitioner may file written
8 objections with the court and serve a copy on all parties.  Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that
10 failure to file objections within the specified time may waive the right to appeal the District
11 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12 Dated:  December 20, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Habeas/R/kirk2018.fff.fr_dism.hab